Donna PARKER, Plaintiff–Appellant,

v.

Richard DANZIG, Secretary of the Navy, Defendant–Appellee.

No. 01–1737.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 28, 2001.

Decided Dec. 12, 2001.

J. Gray Lawrence, Jr., Faggert & Frieden, P.C., Chesapeake, VA, for appellant. Kenneth E. Melson, United States Attorney, Anita K. Henry, Assistant United States Attorney, Norfolk, VA, for appellee.

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Donna Lee Parker appeals the district court's order granting summary judgment to Defendant on her claim of sexual discrimination filed pursuant to 42 U.S.C. § 2000e–2(a)(1) (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Parker v. Danzig,* No. CA–00–412–2 (E.D.Va. Mar. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*